**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE WILLIAMS,<br><br>      Plaintiff,<br><br>  v.<br><br>SHAUN BISHOP, et al.,<br><br>      Defendants. | Case No. 1:13-CV-01087-AWI-SMS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERISM* AND DIRECTING FRESNO COUNTY SHERIFF TO PAY INMATE FILING FEE<br><br>(Doc. 2) |

Plaintiff Lawrence Williams is a prisoner proceeding *pro se* pursuant to 42 U.S.C. § 1983, who has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by 28 U.S.C. § 1915(a). Accordingly, the Court will grant leave for Plaintiff to proceed *in forma pauperism*.

Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). He shall do so through monthly payments of twenty percent of the preceding month's income credited to his trust account. The Fresno County Sheriff is directed to send the Clerk of Court payments from Plaintiff's account each time the account balance exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing, the Court hereby ORDERS that:

1.  Plaintiff's application to proceed *in forma pauperism* is granted.

2.  **The Fresno County Sheriff or her designee shall collect payments from Plaintiff's jail trust account in an amount equal to twenty per cent (20%) of the**

1

1   **preceding month's income credited to Plaintiff's account and shall forward those**

2   **payments to the Clerk of Court each time the amount in the account exceeds**

3   **$10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has**

4   **been collected and forwarded to the Clerk of Court.  The payments shall be**

5   **clearly identified by the name and number assigned to this action.**

6   3.   The Clerk of Court is directed to serve a copy of this order and a copy of Plaintiff's

7        application to proceed *in forma pauperism* to the Fresno County Sheriff via the

8        Court's electronic filing system (CM/ECF).

9   4.   The Clerk of Court is directed to serve a copy of this order on the Financial

10       Department, U.S. District Court, Eastern District of California, Fresno Division.

11  5.   Within sixty (60) days of the date of service of this order, Plaintiff shall submit a

12       certified copy of his jail trust account statement for the six-month period immediately

13       preceding the filing of the complaint in this matter.

14  6.   Notwithstanding any other provision of this order, the Clerk of Court shall not issue

15       any summonses in this matter nor shall Plaintiff take any action to attempt to serve

16       the complaint on any Defendant until the Court has screened the complaint as

17       required by 28 U.S.C. § 1915A.

IT IS SO ORDERED.

Dated:   __July 18, 2013__                        _____/s/ Sandra M. Snyder_
                                                  UNITED STATES MAGISTRATE JUDGE

2