# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>SHAUN BISHOP, et al.,<br><br>  Defendants. | Case No. 1:13-CV-01087-AWI-SMS<br><br>ORDER STRIKING APPLICATION<br>TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 6) |

On July 19, 2013, this Court granted Plaintiff's motion to proceed *in forma pauperis* in this action. Doc. 3. On July 24, 2013, the Court issued its screening order dismissing the complaint without prejudice and granting Plaintiff leave to amend within thirty days. Doc. 4. On August 26, 2013, Plaintiff filed his amended complaint and a new application to proceed *in forma pauperis*. Docs. 5 and 6.

Because Plaintiff's application to proceed *in forma pauperis* in this case has already been granted, the Court hereby STRIKES as moot Plaintiff's second application to proceed *in forma pauperis* (Doc. 6).

Plaintiff is reminded that, pursuant to the original order granting him the right to proceed *in forma pauperis*, he must submit within sixty (60) days of that order a certified copy of his jail trust account statement for the six months immediately preceding the filing of the original complaint in this matter. Failure to submit such certified copy may result in dismissal of this matter for failure to prosecute.

IT IS SO ORDERED.

Dated:   **September 5, 2013**         /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE

1

2